YURI MIKULKA (State Bar No. 185926)
DEBORAH YOON JONES (State Bar No. 178127)
EVAN W. WOOLLEY (State Bar No. 286385)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  213-576-1000
E-mail:  yuri.mikulka@alston.com
            debbie.jones@alston.com
            evan.woolley@alston.com

Attorneys for Plaintiff
ACACIA RESEARCH CORP., and
ACACIA RESEARCH GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ACACIA RESEARCH CORP., a Delaware Corporation, and ACACIA RESEARCH GROUP, LLC, a Texas Company,<br><br>Plaintiff,<br><br>v.<br><br>SLINGSHOT TECHNOLOGIES, LLC,<br><br>Defendant. | Case No.:  8:19-cv-1385<br><br>**PLAINTIFFS ACACIA RESEARCH CORP.'S AND ACACIA RESEARCH GROUP, LLC'S L.R. 7.1-1 NOTICE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
|---|---|

Pursuant to L.R. 7.1-1, the undersigned counsel of record for Plaintiffs Acacia Research Corporation ("ARC"), Acacia Research Group, LLC ("ARG", ARC and ARG collectively referred to as "Acacia"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Acacia Research Corporation

Acacia Research Group, LLC

Slingshot Technologies, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ARC states that ARC is a publicly traded company with no parent corporation. No publicly held corporation owns 10% or more ARC's stock. Plaintiff ARG states its parent company is ARC.

Respectfully submitted,

DATED: July 15, 2019

YURI MIKULKA
DEBORAH YOON JONES
EVAN W. WOOLLEY
**ALSTON & BIRD LLP**

*/s/ Yuri Mikulka*
Yuri Mikulka
Attorneys for ACACIA RESEARCH CORP. and ACACIA RESEARCH GROUP, LLC